| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pint Pint, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Asian Chao** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5692352** |
| 4. | **Debtor's address** | **Principal place of business** **1000 Savage Court, Suite 200 Longwood, FL 32750** Number, Street, City, State & ZIP Code **Seminole** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **1700 W. New Haven Ave., #325 Melbourne, FL 32904** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.mdpr-group.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Pint Pint, LLC**  
       Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **Pint Pint, LLC**  
      Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See attached**    Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Pint Pint, LLC**  
      Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Pint Pint, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 4, 2024**
MM / DD / YYYY

**X /s/ Antonio S. Lomoriello**
Signature of authorized representative of debtor

**Antonio S. Lomoriello**
Printed name

Title **Manager**

**18. Signature of attorney**

**X /s/ R.Scott Shuker, Esq**
Signature of attorney for debtor

Date **December 4, 2024**
MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue
Suite 1120
Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 337-2060**   Email address **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

Debtor __Pint Pint, LLC_____   Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number (*if known*) _____   Chapter __11__.

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Abraxas, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **12/04/2024** | Case number, if known | **6:24-bk-** |
| Debtor | **Oceans 222, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **12/04/2024** | Case number, if known | **6:24-bk-** |
| Debtor | **Oceans 317, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **12/04/2024** | Case number, if known | **6:24-bk-** |
| Debtor | **Oceans 330, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **12/04/2024** | Case number, if known | **6:24-bk-** |
| Debtor | **Pint Pint, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **12/04/2024** | Case number, if known | **6:24-bk-** |
| Debtor | **Restaurant Corp Unlimited, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **12/04/2024** | Case number, if known | **6:24-bk-** |
| Debtor | **Vale46, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **12/04/2024** | Case number, if known | **6:24-bk-** |

**Fill in this information to identify the case:**

Debtor name: **Pint Pint, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 4, 2024**       X **/s/ Antonio S. Lomoriello**
                                           Signature of individual signing on behalf of debtor

                                           **Antonio S. Lomoriello**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pint Pint, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFCO<br>5600 N. River Road<br>Suite 400<br>Rosemont, IL 60018-5870 | | Trade debt | | | | Unknown |
| Airgas<br>P.O. Box 734672<br>Dallas, TX 75373-4672 | | Trade debt | | | | Unknown |
| City of Melbourne Utilities Division<br>P.O. Box 17<br>Melbourne, FL 32902-0017 | | Utilities | | | | Unknown |
| Food Systems Unlimited, Inc.<br>750 Florida Central Parkway<br>Suite 100<br>Longwood, FL 32750 | | Franchise agreement | Contingent Disputed | | | Unknown |
| Old Fashion Partnership, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750 | | Trade debt | | | | Unknown |
| U.S. Foods, Inc.<br>P.O. Box 198421<br>Atlanta, GA 30384-8421 | | Trade debt | | | | Unknown |

# United States Bankruptcy Court
## Middle District of Florida

In re **Pint Pint, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Antonio S. Lomoriello<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750 | n/a | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 4, 2024**

Signature **/s/ Antonio S. Lomoriello**
**Antonio S. Lomoriello**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Pint Pint, LLC**　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 4, 2024**　　　　　　　　**/s/ Antonio S. Lomoriello**
　　　　　　　　　　　　　　　　　　　　　**Antonio S. Lomoriello**/**Manager**
　　　　　　　　　　　　　　　　　　　　　Signer/Title

Pint Pint, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

City of Melbourne
Utilities Division
P.O. Box 17
Melbourne, FL 32902-0017

Old Fashion Partnership, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

Florida Dept of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0140

Prisoner, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Abraxas, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Food Systems Unlimited, Inc.
750 Florida Central Parkway
Suite 100
Longwood, FL 32750

Restaurant Corp Unlimited
1000 Savage Court, Suite 200
Longwood, FL 32750

AFCO
5600 N. River Road
Suite 400
Rosemont, IL 60018-5870

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Search & Company, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Airgas
P.O. Box 734672
Dallas, TX 75373-4672

Luna 2019, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Seminole Co. Tax Collector
104 Wilshire Blvd.
Casselberry, FL 32707

Alascc, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

MDP Restaurant Group, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Testamatta, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Asteve, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Oceans 222, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

U.S. Foods, Inc.
P.O. Box 198421
Atlanta, GA 30384-8421

Axiom Bank, N.A.
258 Southhall Lane
Suite 400
Maitland, FL 32751

Oceans 317, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Vale46, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Cama4, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Oceans 330, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750

Vero 01, LLC
1000 Savage Court, Suite 200
Longwood, FL 32750